AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

THE ESTATE OF DANG, et al.
    Plaintiff(s),
V.
LIWEI XU, et al.
    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 13 2400 JSC

Notice is hereby given that, subject to approval by the court, __Well Trucking, Inc.__ substitutes
(Party (s) Name)

__David V. Roth, Esq.__, State Bar No. __194648__ as counsel of record in
(Name of New Attorney)

place of __Roger Hsu, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Manning & Kass Ellrod, Ramirez, Trester LLP
Address: One California Street, Suite 1100
Telephone: (415) 217-6990    Facsimile (415) 217-6999
E-Mail (Optional): dvr@manningllp.com

I consent to the above substitution.
Date: 7/25/2013
(Signature of Party (s))

I consent to being substituted.
Date: 7-24-2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/24/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 7/31/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]